

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00408-CV

**IN RE** Jonah **GUTIERREZ**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Irene Rios, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: October 30, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On June 19, 2024, relator filed a petition for a writ of mandamus. This court has determined the relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2023-CI-13277, in the 408th Judicial District Court, Bexar County, Texas, the Honorable Lisa Jarrett, presiding.